B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:  
MICHAEL ANTHONY JOHNSON

Case No. 2401899

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

ONEMAIN FINANCIAL GROUP, LLC  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 8  
Amount of Claim: $11,685.78  
Date Claim Filed: 09/10/2024

Phone: (877)829-8298  
Last Four Digits of Acct #: 0955

Phone:  
Last Four Digits of Acct #: 0955

Name and Address where transferee payments should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN FINANCIAL GROUP, LLC  
100 INTERNATIONAL DRIVE  
BALTIMORE MD 21202

Phone: (877)829-8298  
Last Four Digits of Acct #: 0955

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams  
-------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

Date: 6/10/2025

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ▮▮▮▮▮▮▮▮▮▮▮ .

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on May 15, 2025.

[SIGNATURE PAGE(S) FOLLOW]

## ASSIGNMENT AND BILL OF SALE

### SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company

By: _____

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL, INC., a West Virginia corporation

By: _____

Name: Joseph M. Orlando

Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC;
A Delaware limited liability company

By: _____

Name: Leigh Bates

Title: US- SVP - Americas Business Development