## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13

MICHAEL ANTHONY JOHNSON                    CASE NO. 24-01899-JAW

### TRUSTEE'S MOTION TO TERMINATE COUNSEL OF RECORD FOR TRUSTEE

**COMES NOW**, Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Motion to Terminate Counsel of Record for Trustee and would state to the Court as follows:

1. The Trustee requests that Kellie Grizzell be terminated as counsel of record on behalf of Trustee Torri Parker Martin in the above referenced matter.

2. The removal of Kellie Grizzell as counsel of record on behalf of Trustee Torri Parker Martin, will not adversely affect the status, or unduly prejudice any party or delay any matter in the above-mentioned matter.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Motion be received and filed and an Order is entered in consideration of the Trustee's Motion and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: February 26, 2026

Respectfully Submitted,

/s/ Torri Parker Martin
Torri Parker Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Motion to the following, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Debtor's Attorney:**

Thomas Carl Rollins, Jr., Esq., MSB #103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com

DATED: February 26, 2026

/s/ Torri Parker Martin
Torri Parker Martin, Standing Ch. 13 Trustee