Official Form 410C13-M1 (12/25)

United States Bankruptcy Court

Southern District of Mississippi

In re **MICHAEL ANTHONY JOHNSON** Case No. **24-01899- JAW**
Chapter 13

**Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim**

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder: WINTRUST MORTGAGE, a division of BARRINGTON BANK & TRUST CO, N.A./ NATIONSTAR MORTGAGE LLC** **Court claim no.**: **13-1**

**Last 4 digits** of any number used to identify the debtor's account: **7549**

**Property address: 233 TUCKER DRIVE, BRANDON, MS 39042**

2. As of the date of this motion, the trustee has disbursed payments to cure arrearages as follows:

| | | |
|---|---|---|
| a. Allowed amount of the prepetition arrearage, if any: | $ | 1,502.70 |
| b. Total amount of the prepetition arrearage disbursed, if known: | $ | 1,502.70 |
| c. Allowed amount of postpetition arrearage, if any: | $ | 0.00 |
| d. Total amount of postpetition arrearage disbursed, if known: | $ | 0.00 |
| e. Total amount of arrearages disbursed: | $ | 1,502.70 |

3. As of the date of this motion, the trustee has disbursed payments for postpetition fees, expenses, and charges as follows:

| | | |
|---|---|---|
| a. Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: | $ | 200.00 |
| b. Amount of postpetition fees, expenses, and charges disbursed: | $ | 200.00 |

4. As of the date of this motion, the trustee has made the following payments on the postpetition obligations: $ 27,392.98

5. If needed, add other information relevant to the motion.

6. I ask the court for an order under Rule 3002.1(f)(3) determining the status of the mortgage claim addressed by this motion and whether the payments required by the plan to be made as of the date of this motion have been made.

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M1R.

Signed: /s/ Torri Parker Martin Date: 10/29/2026

Address: 200 North Congress Street
Suite 400
Jackson, MS 39201

Contact phone: (601) 981-9100 Email: tpm@tpmartinch13.com

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In Re:
MICHAEL ANTHONY JOHNSON

CASE NO: 24-01899- JAW

Certificate of Service

The undersigned hereby certifies that on this date a copy of Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim was served via first class mail postage prepaid, or by electronic notice, to: Abigail Marbury, Asst U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201 and:

---

THOMAS CARL ROLLINS, JR.
trollins@therollinsfirm.com

MICHAEL ANTHONY JOHNSON
233 TUCKER DR, BRANDON, MS 39042

NATIONSTAR MORTGAGE DBA MR. COOPER
P.O. BOX 619096 DALLAS, TX 75261

NATIONSTAR MORTGAGE DBA MR. COOPER
P.O. BOX 619094 DALLAS, TX 75261

ALDRIDGE PITE, LLP
SIX PIEDMONT CENTER, 3525 PIEDMONT RD, N.E., ATLANTA, GA 30305

/s/ Torri Parker Martin
Chapter 13 Trustee

Dated: 10/29/2026