**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**MICHAEL ANTHONY JOHNSON** **CASE NO. 24-01899-JAW**

**ORDER ON TRUSTEE'S MOTION**

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim (Docket #50). Thus, having fully considered the matter and finding no written objection having been filed within twenty-eight (28) days, the Court does hereby order that the Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim is hereby granted.

***##END OF ORDER##***

SUBMITTED BY:

/s/Torri Parker Martin
Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress Street, Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com