**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE: MICHAEL ANTHONY JOHNSON,** **CASE NO. 24-01899-JAW**
**Debtor** **CHAPTER 13**

**RESPONSE TO TRUSTEE'S MOTION UNDER RULE 3002.1(f)(1) TO DETERMINE THE STATUS OF THE MORTGAGE CLAIM**

Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. (claim holder) states as follows:

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder:** Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. **Court claim no**. (if known): 13

**Last 4 digits** of any number used to identify the debtor's account: XXXXXX7549

**Property address:** 233 Tucker Drive, Brandon, MS 39042

2. Arrearages

The total amount received to cure any arrearages as of the date of this response is $1,502.70.

Check all that apply:

☒ As of the date of this response, the debtor has paid in full the amount required to cure any arrearage on this mortgage claim.

☐ As of the date of this response, the debtor has not paid in full the amount required to cure any prepetition arrearage on this mortgage claim. The total prepetition arrearage amount remaining unpaid as of the date of this response is: $_____.

☐ As of the date of this response, the debtor has not paid in full the amount

required to cure any postpetition arrearage on this mortgage claim. The total postpetition arrearage amount remaining unpaid as of the date of this response is: $______.

3. Postpetition Payments

(a) Check all that apply:

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The debtor is obligated for the postpetition payment(s) that first became due on: ____/_____/____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 11/20/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 11/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,097.38 |
| iv. | Unpaid principal balance of the loan: | $148,843.85 |
| v. | Additional amounts due for any deferred or accrued interest: | $819.19 |
| vi. | Balance of the escrow account: | $980.10 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

**The person completing this Notice must sign it. Check the appropriate box:**

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

*/s/ Heather Martin-Herron*
Signature

Date 11/24/2026

Print: Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron Title Attorneys

Company Foundation Legal Group, LLP

Address 400 W. Capitol Ave., Ste 1400
Little Rock, AR 72201

Contact phone (866) 501-9462 Email joel.giddens | kate.lachowsky | heather.martin-herron@thefoundationlegalgroup.com

## CERTIFICATE OF SERVICE

On November 24, 2026 , copies of the foregoing Response were served electronically through the electronic case filing system (ECF) or by United States Mail, postage prepaid, upon the following parties:

Thomas Carl Rollins, Jr. (ECF)
Attorney at Law
PO Box 13767
Jackson, MS 39236

Torri Parker Martin (ECF)
Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

Michael Anthony Johnson (U.S. Mail)
Debtor
233 Tucker Drive
Brandon, MS 39042

*/s/ Heather Martin-Herron*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

FLG No. 360100

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | PO Dt | 11/26/26 | Int Paid To | 10/01/26 | | |
| | Sub Code | 00 | Next Due Dt | 11/01/26 | Int Rate | 3.625 |
| Prin Bal | 148,843.85 | | Per Diem Int | 14.78 | Int Calcs | 819.19 |
| Optional Items to I-Include or O-Omit: | | | | | Plan Number | 00001 |

| | | | | | |
|---|---|---|---|---|---|
| I | Escrow Balance | 980.10 | O | Total Late Charges | .00 |
| | Interest on Escrow | .00 | I | Total NSF Charges | .00 |
| I | Escrow Advance | .00 | O | Optional Ins Payment | .00 |
| I | Misc Suspense Bal | .00 | O | Prepayment Penalty | .00 |
| I | Forbearance Bal | .00 | O | Mortgage Ins Premium | .00 |
| O | Subsidy | .00 | O | Other Fees Due | .00 |
| O | Hazard Suspense Bal | .00 | O | Rebate Points Financed | 0000000 |
| | Int on Hazard Loss | .00 | I | Deferred Principal | .00 |
| O | Inv. Advance | .00 | O | Recording Fee | 0000000000000 |
| I | Corp Advance Bal | .00 | I | Quote fee | 0000000000000 |
| O | Corp Expense Bal | .00 | O | Oth2 COUNTY RECORDING FEE | 0000000002800 |
| O | Default Int Due | .00 | O | Oth1 ANTICIPATED FEE | 0000000000000 + |
| I | Deferred Int | .00 | O | MBS Liq Difference | 79.16 |
| O | Prepaid Ins Rebate | .00 | | | |
| O | Partial Claims | .00 | | | |

Accept Quote -_Y/N N PO Amt 148,682.94

F11=Corp Adv F12=Return F13=Opt Ins F14=Corp Expense F24=More keys